THE MANHATTAN SHIRT COMPANY, a corporation of the State of New York,

Complainant Below, Appellant,

*vs.*

SARNOFF-IRVING HAT STORES, INC., a corporation of the State of New York, and MORRIS MINTZ,

Defendants Below, Appellees,

and ROBERT REIS & COMPANY, a corporation of the State of New York,

Intervening Defendant Below, Appellee.

*Supreme Court, On Appeal, Dec.* 28, 1934.

LAYTON, C. J., HARRINGTON, RICHARDS, RODNEY and REINHARDT, JJ., sitting.

*William G. Mahaffy,* and *John W. Davis,* of New York City, for appellant.

*Hugh M. Morris,* for appellees.

PER CURIAM.

The opinions of the Chancellor fully set forth and correctly dispose of the questions presented by this appeal. His conclusions are adopted as the opinion of the court.

The decree of the Chancellor is affirmed.